Tom Slutes, Esq.
Kathleen M. Rogers, Esq.
**SLUTES, SAKRISON & HILL, P.C.**
33 North Stone Avenue, Suite 1000
Tucson, Arizona 85701
Telephone:  (520) 624-6691
Facsimile:  (520) 791-9632
PCC Nos. 53540/65012
State Bar Nos. 001212/024681
Tslutes@sluteslaw.com
Krogers@sluteslaw.com
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DANE ROSS,<br><br>Plaintiff,<br><br>v.<br><br>DOLE FRESH VEGETABLES, INC., a Corporation; DOLE FOOD COMPANY, INC., a Corporation, BUD ANTLE, INC., wholly owned subsidiary of DOLE FRESH VEGETABLES, INC., and JOSE PARRA and JANE DOE PARRA, husband and wife,<br><br>Defendants. | NO.   07-CV-154-TUC-BPV<br><br>**FIRST AMENDED COMPLAINT FOR DAMAGES** |

Plaintiff alleges:

1. He is the surviving husband of Sheila Kay Ross, who died on or about January 27, 2007. The death of Sheila Kay Ross was caused by the negligence of the Defendants, which occurred in the State of Arizona.

2. Dane Ross and Sheila Kay Ross operated a trucking business known as D&S Ross Trucking, LLC. As a part of their business, they would transport produce from distribution

facilities owned and operated by the Defendant in both the State of Arizona and the State of California, to Oklahoma City and other destinations.

3. The Defendants Dole Fresh Vegetables, Inc. and/or Dole Food Company, Inc. own and operate a produce distribution facility in Yuma, Arizona, which is the site where the negligence of the Defendants occurred, causing the death of Sheila Kay Ross.

4. Defendant Jose Parra is an employee of Bud Antle, Inc., which is a wholly owned subsidiary of Dole Fresh Vegetables, Inc.. Jose Parra at all material times was acting within the course and scope of his employment. Upon information and belief, Jose Parra is married to Jane Doe Parra and at all material times was acting in the furtherance of his community. Jose Parra was the forklift operator at the Dole facility in Yuma that loaded the truck with lettuce that was in Bay 18 during the evening of January 27, 2007, in which truck the body of Sheila Kay Ross was found two days later.

5. The manner in which trucks and trailers are loaded by forklifts with produce at the Yuma facility of the Defendants is dangerous and proper precautions are not in place to prevent injury to persons at or near the loading docks. The Dole Defendants at all material times were aware that the loading procedures at their facility were dangerous to persons who might be in or around the loading facilities. Upon information and belief, complaints had been made which informed and advised the Dole Defendants of the unsafe practices, but these complaints were ignored. The Dole Defendants conduct was based on cost saving considerations and ignored the danger to human life and limb.

The conduct of the Dole Defendants arose out of an evil mind and was recklessly indifferent to the safety of others where there was a substantial risk of bodily harm to persons such as Sheila Kay Ross.

-2-

6. As a direct and proximate result of the negligence of the Defendants Jose Parra and Defendant Dole Fresh Vegetables, Inc. and/or Dole Food Company, Inc., injuries were caused to Sheila Kay Ross which directly led to her death.

7. As a direct and proximate result of the Defendants' negligence, Dane Ross has suffered pecuniary and economic losses, and has been deprived of Sheila Kay Ross' society, comfort, attention, and love.

8. Because of the wrongful, deliberate, and reckless conduct of the Dole Defendants which exposed Sheila Kay Ross to substantial danger, the Plaintiff is entitled to an award of punitive damages, in an amount deemed reasonable by the trier of fact.

WHEREFORE, Dane Ross prays that he recover Judgment against the Defendants for general and special damages as proved at trial, for his costs of suit, for punitive damages as described above, and for such and further relief as the Court deems proper.

DATED this 1st day of May, 2007.

                                                SLUTES, SAKRISON & HILL, P.C.

                                                By <u>ss/Kathleen M. Rogers</u>
                                                    Tom Slutes
                                                    Kathleen M. Rogers
                                                    Attorneys for Plaintiff

Electronically filed this 1st day of May, 2007,
with copies of the foregoing mailed/delivered to:

Hon. Bernardo P. Velasco
United States District Court
Evo A. DeConcini U.S. Courthouse
405 W. Congress Street, #5650
Tucson, Arizona 85701-5054

/ / /

/ / /

-3-

1  Bradley W. Petersen, Esq.
2  Sara M. Vrotsos, Esq.
   SNELL & WILMER L.L.P.
3  One Arizona Center
   400 E. Van Buren
4  Phoenix, Arizona  85004-2202
   Attorneys for Defendants Dole Fresh Vegetables, Inc.,
5  Dole Food Company, Inc. and Jose Parra

6

7
   By ss/Debra Greer_____
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-